# United States Court of Appeals for the Federal Circuit

March 15, 2012

**ERRATA**

Appeal No. 2010-1548

**MARINE POLYMER TECHNOLOGIES, INC.,**
*Plaintiff-Appellee,*
**v.**

**HEMCON, INC.,**
*Defendant-Appellant.*

Decided: March 15, 2012
Precedential Opinion

Please make the following change:

Page 13, line 20 of Judge Dyk's dissent-in-part, change "matter statutory interpretation" to --matter of statutory interpretation--.